# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STAN GRANIER** | * | **CIVIL ACTION NO.** |
| | * | **3:23-CV-01467** |
| | * | |
| *Plaintiff* | * | |
| **VERSUS** | * | **JUDGE** |
| | * | **JOHN W. DEGRAVELLES** |
| | * | |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | **MAGISTRATE JUDGE** |
| | * | **SCOTT D. JOHNSON** |
| *Defendant* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FIRST AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **STAN GRANIER** (hereinafter referred to as "Plaintiff"), who desires to amend his original Petition for Damages as follows:

1.

By adding an additional paragraph to follow paragraph 16 of Plaintiffs' original petition, to be numbered paragraph 17, and to read as follows:

**"17.**

**Plaintiff prays for and is entitled to a trial by jury on all issues herein."**

**WHEREFORE**, Plaintiff, **STAN GRANIER**, prays that Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, be served process with this First Amending Complaint and duly cited to answer same, that after all delays and due proceedings are complete there be judgment in favor of Plaintiff and against Defendant for the full amount of Plaintiff's damages, plus legal interest from the date of judicial demand until paid, bad faith damages, together with

1

attorney's fees, all costs incurred in this matter, and any other general or equitable relief the Court deems proper.

Respectfully submitted,


 /s/ Hope E. Hughes
DAVID P. VICKNAIR, #34135
HOPE E. HUGHES, #35833
Scott Vicknair, LLC
909 Poydras St., Suite 2025
New Orleans, Louisiana 70112
T: (504) 500-1111
F: (504) 226-2339
david@svlaw.law
hughes@svlaw.law

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of November, 2023, I served a copy of the foregoing on all counsel of record via email.

*/s/ Hope E. Hughes*
Hope E. Hughes, #35833